No. 95–658. FALKOFF v. INTERNATIONAL BUSINESS MACHINES CORP. C. A. 2d Cir. Certiorari denied.

No. 95–661. MCFARLAND v. PRINCE GEORGE'S COUNTY, MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 95–663. OLBRES ET UX. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–675. KELLOGG, TRUSTEE FOR WEST TEXAS MARKETING CORP. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–680. LIBERATORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–681. GURINO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5085. DOWNS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5196. GREEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–5318. TENBUSCH v. OREGON. Ct. App. Ore. Certiorari denied.

No. 95–5349. BRUCE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5355. WARD v. DYKE ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–5415. GONZALEZ LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5420. POWELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5499. COX v. UNITED STATES. C. A. 9th Cir. Certiorari denied.